IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMMA HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CV NO. 04-4172-JPG |
| | ) |
| MINNESOTA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: June 24, 2005**

**NORBERT JAWORSKI, CLERK**

 **s/Judith Prock**
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**